THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT

By: Susan V. Kelley
    United States Bankruptcy Judge

DATED:   November 26, 2013



Susan V. Kelley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISRICT OF WISCONSIN

In re
Frank J. Marchese and
Joetta D. Sharp,
          Debtors.

Chapter 13
Case No. 10−24156−svk

## ORDER DISMISSING CASE

    The Chapter 13 Trustee has certified that the Debtors have defaulted on a Court order requiring the Debtors to make certain payments to the Trustee.

    IT IS THEREFORE ORDERED: the Debtors' case is hereby dismissed, effective immediately.

####